IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**SHAWANNA NELSON**                                                                                          **PLAINTIFF**

**VS.**                          **CASE NO. 1:04CV00037 JMM**

**PATRICIA TURNESKY**                                                                                       **DEFENDANT**

**ORDER**

For the reasons stated into the record a the pre-trial conference, plaintiff's Motion in Limine (#103) and defendant's Motion in Limine (#104) are granted in part, denied in part, and dismissed as moot in part.

IT IS SO ORDERED this  15  day of July, 2010.

_____
James M. Moody
United States District Judge