VERDICT      1:04cv37 JMM

NOTE A: COMPLETE THIS FORM BY WRITING IN THE NAMES REQUIRED BY YOUR VERDICT.

On Plaintiff Shawanna Nelson's claim against Defendant _Patricia Turensky_ as described in Instruction No. _5_, we find in favor of

_Shawanna Nelson_ OR _____
(Plaintiff Shawanna Nelson)        (Defendant Patricia Turensky )

NOTE B: COMPLETE THE FOLLOWING PARAGRAPH ONLY IF YOU FOUND IN FAVOR OF PLAINTIFF ON HER CLAIM.

We find Plaintiff Shawanna Nelson's damages as described in Instruction No. _7_ to be:

$ _1.00_ _____(stating the amount, or if you find that plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 15 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

_Joseph B. Harris_
Foreperson

Dated: _7-15-10_