THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SHAWANNA NELSON                                                               PLAINTIFF

VS.                             CASE NO. 1:04CV00037 JMM

PATRICIA TURNESKY                                                             DEFENDANT

## JUDGMENT

This action came on for trial on July 14, 2010, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding. On July 15, 2010, at the conclusion of trial the jury returned a verdict in favor of plaintiff on her Eighth Amendment claim and awarded damages of $1.00.

IT IS THEREFORE ORDERED AND ADJUDGED that the plaintiff, Shawanna Nelson, have and recover of and from the defendant, Patricia Turnesky, the sum of $1.00, together with interest thereon from this date until paid at the rate of   .31%   per annum as provided by law and costs as the Court may find allowable.

The issue of attorneys' fees is reserved.

Dated this 16th day of July, 2010.

_____
James M. Moody
United States District Judge